IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>IVAN AVALOS ESPINOZA,<br>　　　　　　　Defendant. | 8:21-CR-281<br><br><br>ORDER |

　　　　This matter is before the Court for its review of the Magistrate Judge's Findings and Recommendation, Filing 23, denying Defendant's Motions to Suppress, Filing 18, and for *Franks* Review, Filing 19. Defendant timely filed an Objection to the Findings and Recommendation, challenging the Magistrate Judge's ruling. Filing 25. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the Magistrate Judge's Findings and Recommendation. The Court concurs in the Magistrate Judge's factual findings and legal analysis. Accordingly,

IT IS ORDERED:

1. Defendant's Objection, Filing 25, is overruled;

2. The Magistrate Judge's Findings and Recommendation, Filing 23, is adopted;

3. Defendant's Motion to Suppress, Filing 18, is denied;

4. Defendant's Motion for *Franks* Review, Filing 19, is denied; and

5. The Clerk of Court is ordered to terminate the pending motions at Filing 18, Filing 19, Filing 23, Filing 25, and Filing 26.

　　　　Dated this 4th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　United States District Judge