IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IVAN AVALOS ESPINOZA,<br><br>Defendant. | **8:21-CR-281**<br><br><br>**ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS** |

This matter is before the Court on defendant Ivan Avalos Espinoza's Motion to Proceed In Forma Pauperis during his appeal. Filing 51. A financial affidavit accompanies the Motion. Filing 51-1. Under Federal Rule of Appellate Procedure 24(a)(1), a party may move the district court for leave to proceed *in forma pauperis* on appeal. The motion must include an affidavit that shows an inability to pay fees and costs, "claims an entitlement to redress," and states the issues being appealed. Fed. R. App. P. 24(a)(1). The Court has reviewed Espinoza's affidavit and finds that his Motion complies with Rule 24(a)(1) and that he may proceed *in forma pauperis* on appeal. Accordingly,

IT IS ORDERED that Espinoza's Motion for Leave to Proceed in Forma Pauperis, Filing 51, is granted.

Dated this 16th day of February, 2023.

BY THE COURT:

Brian C. Buescher
United States District Judge